UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICKIE F. RISSMILLER,

        Plaintiff,        Case No.   1:05-CV-332

v.        Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On March 15, 2006, the magistrate judge issued a report and recommendation recommending that the Commissioner's decision denying Plaintiff's claim for disability insurance benefits be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for a re-evaluation of Dr. Sehsradi's opinions and Plaintiff's allegations of disabling pain.  The magistrate judge noted that objections to the report and recommendation must be served and filed with the Clerk of the Court within 10 days after service of the report.  Receiving no objection from the Commissioner to the magistrate's report and recommendation,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued March 15, 2006 (docket no. 15), is **APPROVED** and **ADOPTED** as the Opinion of this Court, and the decision of the Commissioner denying benefits to Plaintiff is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for a re-evaluation of Dr. Sehsradi's opinions and Plaintiff's allegations of disabling pain.

Dated: June 12, 2006        /s/ Gordon J. Quist
        GORDON J. QUIST
        UNITED STATES DISTRICT JUDGE